IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| BRUCKNER TRUCK SALES, INC., | § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER 2:17-CV-204-J |
| BAYOU DIESEL SERVICES, LLC and REGAN PRICE, Individually, | § § § | |
| DEFENDANTS. | § § | |

## ORDER

Before the Court are the Plaintiff's objections, filed December 5, 2017, to the Magistrate Judge's findings, conclusions and recommendations regarding injunctive relief against Defendant Regan Price, Defendant Price's response thereto, and the supplemental pleadings related to the injunctive relief sought. Plaintiff has not shown that the findings, conclusions and recommendations of the Magistrate Judge are clearly erroneous or contrary to law. Further, Plaintiff's objections are without merit and are overruled.

It is therefore ordered that Plaintiff's request for injunctive relief for enforcement of the covenant-not-to-compete portion of Defendant Price's Employment Agreement is denied, and it is

Further ordered that Plaintiff's request for a temporary injunction as to the non-solicitation of clients and customers as contained in that Employment Agreement is denied, and it is

Further ordered that Plaintiff's request for a temporary injunction to enforce the contractual provision regarding non-solicitation of Plaintiff's employees and former employees as contained in the Employment Agreement is valid under Louisiana law, and it therefore granted as follows:

It is hereby ORDERED that Defendant Regan Price and any person, persons, agent, agents, entity or entities in active concert or participation with or under the control, in whole or in part, of Regan Price be and hereby are enjoined until January 18, 2019, or until further order of this Court, from directly or indirectly contacting, soliciting, approaching or hiring any person currently employed by Plaintiff Bruckner Truck Sales, Inc. or who was employed by Plaintiff Bruckner Truck Sales, Inc. during the one-year period prior to such contact, solicitation, approach or hiring.

It is further ORDERED that no bond is required of Plaintiff Bruckner Truck Sales, Inc. This injunction takes effect upon entry into the record. Counsel will immediately inform their respective parties of the terms of this order, and file a notice stating that they have done so, and when they did so.

Any further relief sought in plaintiff's motion for an injunction is denied.

It is SO ORDERED.

Signed this the ___5th___ day of January, 2018.

s/ Mary Lou Robinson
MARY LOU ROBINSON
SENIOR UNITED STATES DISTRICT JUDGE